UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | 3:11-CR-020-HDM (RAM) |
| MICHELLE ANN MORRIS, and EAIN WILLIAM VARGA, | ) ) ) ) | |
| Defendants. | ) | |

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on May 31, 2011, defendant EAIN WILLIAM VARGA pled guilty to Count Two of a Ten-Count Criminal Indictment charging him with Making Counterfeit Obligations of the United States, in violation of Title 18, United States Code, Section 471. Docket #1, #39.

This Court finds that on June 3, 2011, defendant MICHELLE ANN MORRIS pled guilty to Count Two of a Ten-Count Criminal Indictment charging her with Making Counterfeit Obligations of the United States, in violation of Title 18. United States Code, Section 471. #1, #41.

This Court finds defendants EAIN WILLIAM VARGA and MICHELLE ANN MORRIS agreed to the forfeiture of the property set forth in Forfeiture Allegation of the Criminal Indictment. #37, #40.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal

. . .

Indictment and the offense to which defendants EAIN WILLIAM VARGA and MICHELLE ANN MORRIS pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 492 and Title 28, United States Code, Section 2461(c):

1. One Hewlett Packard Laptop Computer, Model DV6-2150US, serial number CNF01923XS;
2. One Photosmart printer, Model SDG0A-0377, serial number MY42A213HZ,
3. One Brother all-in-one multifunction printer, Model MFC-665CW, serial number U61581L6F622095; and
4. Peripheral equipment ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of EAIN WILLIAM VARGA and MICHELLE ANN MORRIS in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

. . .

. . .

1     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, Bruce R. Thompson U.S. Courthouse and Federal Building, 400 South Virginia Street, 3rd Floor, Reno, NV 89501.

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Greg Addington
> Assistant United States Attorney
> 100 West Liberty Street, Suite 600
> Reno, NV 89501

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 14th day of June, 2011.

_Howard D. McKibben_
UNITED STATES DISTRICT JUDGE