```
                                        FILED          RECEIVED
                                        ENTERED        SERVED ON
                                              COUNSEL/PARTIES OF RECORD

                                              SEP - 8 2011

                                           CLERK US DISTRICT COURT
                                            DISTRICT OF NEVADA
                                        BY:                    DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 3:11-CR-020-HDM (RAM) |
| ) | |
| MICHELLE ANN MORRIS and ) | |
| EAIN WILLIAM VARGA, ) | |
| ) | |
| Defendants. | |

**FINAL ORDER OF FORFEITURE**

On June 14, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 492 and Title 28, United States Code, Section 2461(c), based upon the pleas of guilty, respectively, by defendants MICHELLE ANN MORRIS and EAIN WILLIAM VARGA to the criminal offense, forfeiting specific property alleged in the Indictment and agreed to in the Plea Memorandum and shown by the United States to have a requisite nexus to the offenses to which defendants MICHELLE ANN MORRIS and EAIN WILLIAM VARGA pled guilty. Docket #1, #40, #44.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from June 20, 2011 through July 19, 2011, further notifying all known third parties of their right to petition the Court. #45.

1  This Court finds no petition was filed herein by or on behalf of any person or entity and the
2  time for filing such petitions and claims has expired.

3  This Court finds no petitions are pending with regard to the assets named herein and the time
4  for presenting such petitions has expired.

5  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
6  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
7  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
8  32.2(c)(2); Title 18, United States Code, Section 492 and Title 28, United States Code, Section
9  2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to
10 law:

11          1.      One Hewlett Packard Laptop Computer, Model DV6-2150US, serial number
12                  CNF01923XS;
13          2.      One Photosmart printer, Model SDG0A-0377, serial number MY42A213HZ,
14          3.      One Brother all-in-one multifunction printer, Model MFC-665CW, serial
15                  number U61581L6F622095; and
16          4.      Peripheral equipment ("property").

17  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
18 funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well
19 as any income derived as a result of the United States of America's management of any property
20 forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of
21 according to law.

22  The Clerk is hereby directed to send copies of this Order to all counsel of record and three
23 certified copies to the United States Attorney's Office.

24  DATED this ___8th___ day of __September__, 2011.

25                                                  _____
                                                    UNITED STATES DISTRICT JUDGE
26